ROSE MAGGI, Respondent, v. GUISEPPI A. SABATINI and ROSA SABATINI, Defendants, and MORRIS E. GOSSETT, Receiver, Appellant.— Order confirming report of official referee reversed upon the law and the facts, with costs, and motion to confirm denied, with ten dollars costs. The testimony shows that the receiver had a personal interest to a considerable extent in the mortgage moneys which he deposited in his personal account. There was no intent to do any wrong, but merely an error of judgment. No injury resulted, and the removal of the receiver was, therefore, unwarranted. The receiver having, as directed, transferred to the receiver's account the moneys deposited in his personal account, no further disposition need be made of that part of the order appealed from. The matter is remitted to the Special Term to take and state the receiver's account. Appeal from order denying motion to resettle is dismissed. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

ARTHUR L. PEIRSON and Others, as Trustees, Respondents, v. LLOYDS FIRST MORTGAGE COMPANY, Appellant.— Judgment reversed upon the law and a new trial granted, costs to appellant to abide the event. This is an action upon the theory of money had and received. Notwithstanding the foreclosure action by the defendant, the plaintiff in that action, there remained for disposition in this action the conditions specified in paragraphs 1 and 2 of plaintiffs' Exhibit A, annexed to the complaint. There is no evidence in the record of compliance with these conditions. The foreclosure action eliminated all other questions and conditions subject to which the money is claimed to have been deposited with the defendant by the plaintiffs. Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ., concur.